# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID BOWENS | : | |
| Petitioner | : | CIVIL ACTION NO. 3:21-0877 |
| v. | : | (JUDGE MANNION) |
| | : | |
| THOMAS MCGINLEY, | : | |
| Respondent | | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Eastern District of Pennsylvania.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: May 28, 2021
21-0877-01-Order